## STATEMENT OF FACTS

1.      On March 23, 2026, at approximately 7:26 p.m., Metropolitan Police Department officers were patrolling with federal law enforcement officers in southeast Washington, D.C.  The officers attempted to initiate a traffic stop on a dark-colored car that stopped in a parking lot at the 4900 block of G Street SE.  When that car stopped, an unrelated black Chrysler 300 sped out of the parking lot and crashed into three unoccupied cars.  The Chrysler 300 then fled the scene.



**Two of the Three Cars the Chrysler 300 Ran Into**

2.      Officers followed the Chrysler 300's flight path and discovered that the car had crashed into a grassy lawn next to a house at the intersection of 46th Street SE and G Street SE.  Officers watched as a driver and passenger got out of the crashed car and fled on foot.  After a short pursuit, officers apprehended the driver in the 4600 block of G Street SE, Washington, D.C.  The driver was later identified as Kamar Clayton.  Federal law enforcement also apprehended the passenger.

3.      A search of law enforcement databases revealed that the Chrysler 300 had been reported stolen out of Prince George's County, Maryland on February 6, 2026.  Officers placed Clayton under arrest for the unauthorized use of a motor vehicle.  Law enforcement later determined that Clayton did not have a valid driver's license.

4.      During a search incident to arrest, Clayton informed officers, "I got a gun on me." Officers then recovered from Clayton's left pant leg a firearm.  The firearm appeared to be a weapon that would, was designed to, or could readily be converted to expel a projectile by the action of an explosive.  It was a Glock, model 21, .45 ACP–caliber semiautomatic pistol bearing serial number NPM571.  The firearm had 1 round of ammunition in the chamber and 5 rounds in an attached 26-capacity magazine.  Clayton did not have a license to carry a firearm.  There are no

firearm or ammunition manufacturers in the District of Columbia, so the firearm and ammunition must have traveled in interstate or foreign commerce at some point previously.



**Clayton's Firearm with an Extended Magazine**

5.      Clayton is prohibited from possessing a firearm because he was previously convicted of at least one crime punishable by a term of imprisonment greater than one year.  In 2023, Clayton was convicted in D.C. Superior Court case number 2022 CF2 003917 of Carrying a Pistol Without a License.  For that crime, he received an 8-month prison sentence with credit for time served and the remainder suspended pending a 1-year term of supervised probation.  Clayton knew that the crime of Carrying a Pistol Without a License was punishable by more than one year of imprisonment because he signed a plea agreement that explained that the crime was punishable by up to 5 years' imprisonment.

6.      A search incident to arrest also uncovered the Chrysler 300's car keys, six clear bags, and $400 in cash.

7.      Officers revisited the place where Clayton and his passenger had left the Chrysler 300.  Two of the car's doors were open, and the car was still running.  The front and back of the car were damaged.  Through the open doors and the passenger window, officers could see a bag at the passenger floorboard containing what appeared to be marijuana.



**The Chrysler 300 Where Clayton Left It**



**Damage to the Front of the Chrysler 300**

8.    Law enforcement searched the car and retrieved the bag of suspected marijuana.  It later field-tested positive for THC.  The bag weighed 12.2 ounces.  Officers also recovered four iPhones from the car: one in the passenger's seat, one in the passenger's floorboard area, one in the back driver's side floorboard area, and one in the back passenger's side floorboard area.



**The Drugs Retrieved from the Chrysler 300**

9.    Based on the facts contained in this affidavit, there is probable cause to believe that Kamar Clayton unlawfully possessed a firearm and ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,



Michael Nava
Officer, Badge #5833
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1 on March 25, 2026.

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE